UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.     Case No. 13-CR-00084-bbc-1

SINOVEL WIND GROUP CO., LTD. dba
SINOVEL WIND GROUP (USA) CO., LTD,
SU LIYING, ZHAO HAICHUN, and
DEJAN KARABASEVIC aka DAN
KARABASEVIC,

      Defendants.

---

**NOTICE OF APPEARANCE**

    Notice is hereby given that attorney Michael J. Fitzgerald, Fitzgerald Law Firm, S.C., 526 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202, has been retained as co-counsel to represent Sinovel Wind Group Co., Ltd. and Sinovel Wind Group (USA) Co., Ltd. in the above-referenced matter.  The undersigned counsel is only authorized to make a special appearance on behalf of the defendants.  Neither this special appearance, nor the appearance of counsel at any hearing in which defendants appear specially, shall be deemed to be a general appearance in any way subjecting the defendants to the jurisdiction of this Court.

                                                  FITZGERALD LAW FIRM, S.C.

Dated at Milwaukee, Wisconsin this 2nd day of July, 2013.

                        Respectfully submitted,

                        FITZGERALD LAW FIRM, S.C.

                         s/Michael J. Fitzgerald
                        State Bar No. 1012693
                        Attorney for Defendants
                        Fitzgerald Law Firm, S.C.
                        526 E. Wisconsin Avenue
                        Milwaukee, Wisconsin 53202
                        (414) 221-9600
                        (414) 221-0600 facsimile
                        mfitz@mfitzlaw.com