UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**vs.**<br><br>**SINOVEL WIND GROUP CO., LTD.,** *et al.*,<br><br>**Defendants.** | Case No. 13-cr-84-bbc<br><br>NOTICE OF APPEARANCE OF COUNSEL |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Yitai Hu of Alston & Bird LLP has been admitted to practice in this Court, and hereby enters his appearance as counsel of record for Sinovel Wind Group Co., Ltd.

Sinovel respectfully requests that the Court add Yitai Hu (Yitai.Hu@alston.com) to the electronic file of this matter.

Respectfully submitted,

| **FITZGERALD LAW FIRM** | **ALSTON & BIRD LLP** |
|---|---|
| *s/ Michael J. Fitzgerald* | *s/ Yitai Hu* |
| Michael J. Fitzgerald | Yitai Hu |
| 526 E. Wisconsin Ave. | 1950 University Ave., 5th Fl. |
| Milwaukee, WI 53202 | E. Palo Alto, CA 94303 |
| Tel: (414) 221-9600 | Tel: (650) 858-2000 |
| Fax: (414) 221-0600 | Fax: (650) 858-2001 |
| mfitz@mfitzlaw.com | yitai.hu@alston.com |

Counsel for Sinovel Wind Group Co., Ltd.

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2015, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served via the Court's CM/ECF system on all counsel of record.

*s/ Yitai Hu*  
Yitai Hu
