UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>SINOVEL WIND GROUP CO., LTD., *et al.*,<br><br>Defendants. | Case No. 13-cr-84-bbc<br><br>NOTICE OF APPEARANCE OF COUNSEL |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Alexander Akerman of Alston & Bird LLP has been admitted to practice in this Court, and hereby enters his appearance as counsel of record for Sinovel Wind Group Co., Ltd.

Sinovel respectfully requests that the Court add Alexander Akerman (alex.akerman@alston.com) to the electronic file of this matter.

| | |
|---|---|
| FITZGERALD LAW FIRM | Respectfully submitted,<br>ALSTON & BIRD LLP |
| *s/ Michael J. Fitzgerald*<br>Michael J. Fitzgerald | *s/ Alexander Akerman*<br>Michael L. Brown<br>Jeffrey E. Tsai<br>Adriene Plescia Lynch<br>Alexander Akerman |
| 526 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>Tel:  (414) 221-9600<br>Fax:  (414) 221-0600<br>mfitz@mfitzlaw.com | One Atlantic Center<br>1201 W. Peachtree St., Ste. 4900<br>Atlanta, GA 30309<br>Tel:  (404) 881-7000<br>Fax:  (404) 881-7777<br>mike.brown@alston.com |

LEGAL02/36509751v1

2

        University Circle
        1950 University Ave., 5th Fl.
        East Palo Alto, CA 94303
        Tel:  (650) 858-2000
        Fax:  (650) 858-2001
        jeff.tsai@alston.com

        Bank of America Plaza
        333 S. Hope St., 16th Fl.
        Los Angeles, CA 90071
        Tel:  (213) 576-1000
        Fax:  (213) 576-1100
        adriene.lynch@alston.com
        alex.akerman@alston.com

*Counsel for Sinovel Wind Group Co., Ltd.*

Dated:  June 30, 2016

2

LEGAL02/36509751v1

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2016, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was served via the Court's CM/ECF system on all counsel of record.

*s/ Alexander Akerman*
Alexander Akerman

LEGAL02/36509751v1