UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**SINOVEL WIND GROUP CO., LTD.,** *et al.*,<br><br>**Defendants.** | Case No. 13-cr-84-jdp |

## NOTICE OF CHANGE IN COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Michael Brown and Adriene Lynch are no longer counsel of record for specially-appearing defendant Sinovel Wind Group Co., Ltd. ("Sinovel") in this matter. Sinovel respectfully requests that the parties update their service lists so that further service and communications in the case are directed to counsel of record for Sinovel as indicated below.

Respectfully submitted,

Dated: October 19, 2017

ALSTON & BIRD LLP

*s/ Jeffrey E. Tsai*
JEFFREY E. TSAI
560 Mission St., 21st Fl.
San Francisco, CA 94105
Tel: (415) 243-1000
Fax: (415) 243-1001
jeff.tsai@alston.com

ALEXANDER AKERMAN
333 S. Hope St., 16th Fl.
Los Angeles, CA 90071
Tel: (213) 576-1000
Fax: (213) 576-1100

alex.akerman@alston.com

*Counsel for Specially-Appearing Defendant Sinovel Wind Group Co., Ltd.*