IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                VERDICT

v.

                                          13-cr-84-jdp

SINOVEL WIND GROUP CO., LTD., dba
SINOVEL WIND GROUP (USA) CO., LTD.,

                Defendant.
_____

## COUNT 1

We, the Jury in the above-entitled cause, find the defendant, Sinovel Wind Group Co., Ltd. dba Sinovel Wind Group (USA) Co., Ltd.,


_____
("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.


## COUNT 2

We, the Jury in the above-entitled cause, find the defendant, Sinovel Wind Group Co., Ltd. dba Sinovel Wind Group (USA) Co., Ltd.,


_____
("Guilty" or "Not Guilty")

of the offense charged in Count 2 of the indictment.

## COUNT 3

We, the Jury in the above-entitled cause, find the defendant, Sinovel Wind Group Co., Ltd. dba Sinovel Wind Group (USA) Co., Ltd.,

_____
("Guilty" or "Not Guilty")

of the offense charged in Count 3 of the indictment.

_____
Presiding Juror

Madison, Wisconsin

Date:_____