# COURTROOM MINUTES
# CRIMINAL

DATE: 12/8/2017  DAY: Friday  START TIME: 9:05 AM  END TIME: 11:27 AM
JUDGE/MAG.: S. Crocker  CLERK: K. Frederickson  REPORTER: J. Dobbratz
PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐ NO ☐
CASE NUMBER: 13-cr-84-jdp  CASE NAME: USA v. Sinovel Wind Group Co., Ltd.
PROCEEDING: Final Pretrial Conference

**APPEARANCES:**
ASST. U.S. ATTY.: Tim O'Shea, Brian Levine, Darren Halverson
DEFENDANT ATTY.: Jeffrey Tsai, Michael Agoglia

DEFENDANT PRESENT: ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

- Parties' written submissions due December 15, 2017
- Discussion on jury instructions, verdict and MIL primarily reserved for December 20 hearing with Judge Peterson
- Discussed typo-type issues with jury instructions, voir dire, inventory on MIL, and housekeeping matters
- Parties requested 3 alternate jurors

TOTAL COURT TIME: 2 hrs., 22 min.