# ALSTON & BIRD

560 Mission Street, 21st Floor
San Francisco, CA 94105

Tel. 415-243-1000
www.alston.com

Jeffrey E. Tsai                    Direct Dial: 415-254-1015                    Email: jeff.tsai@alston.com

December 8, 2017

**<u>Via E-Mail</u>**

Tim O'Shea
Assistant United States Attorney
Western District of Wisconsin
222 W. Washington Avenue, Suite 700
Madison, Wisconsin 53703

        Re:   <u>United States v. Sinovel Wind Group Co., LTD</u>,
              Case No. 13-cr-84-jdp

Dear Tim:

    Pursuant to this Court's Order at the November 8, 2017 hearing, Specially-appearing Defendant Sinovel Wind Group Co., Ltd., produces documents bearing Bates numbers SINOVEL-0000001 through SINOVEL-0295192. Please note these documents have been designated as "Highly Confidential – Attorneys' Eyes Only."

    The documents are contained in two zip files labeled SINOVEL-0000001 through SINOVEL-0071608, and SINOVEL-0071609 through SINOVEL-0295192. Access instructions will be sent to you by email.

    These documents are being produced pursuant to the Protective Order agreement entered into by the parties.

    Please let me know if you have any problems accessing the documents.

                                 Sincerely,

                                 *s/ Jeffrey E. Tsai*

                                 Jeffrey E. Tsai

Cc:    Darren Halverson
        Brian Levine
        Michael Agoglia
        Dinah Ortiz
        Alex Akerman