## COURTROOM MINUTES
## CRIMINAL

DATE: 12/8/2017    DAY: Friday    START TIME: 9:00 AM    END TIME: 11:16 AM
JUDGE/MAG.: S. Crocker    CLERK: K. Frederickson    REPORTER: J. Dobbratz
PROBATION OFFICER: ___    INTERPRETER: ___    SWORN: YES ☐ NO ☐
CASE NUMBER: 13-cr-84-jdp    CASE NAME: USA v. Sinovel Wind Group Co., Ltd.
PROCEEDING: Final Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: Tim O'Shea, Brian Levine, Darren Halverson    DEFENDANT ATTY.: Jeffrey Tsai, Michael Agoglia

DEFENDANT PRESENT:   ☐ YES   ☒ NO   ☐ EXCUSED BY COURT

The court discussed trial logistics, jury instructions, witnesses, and motions in limine

Trial predicted to last three weeks

The parties anticipate filing a second protective order specifically for trial

Final hearing continued until January 5, 2018 at 2:00 p.m.

TOTAL COURT TIME: 2 hr, 16 min