# COURTROOM MINUTES
# CRIMINAL

DATE: 1/5/2018   DAY: Friday   START TIME: 2:30 PM   END TIME: 4:30 PM
JUDGE/MAG.: J. Peterson   CLERK: K. Frederickson   REPORTER: J. Dobbratz
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 13-cr-84-jdp   CASE NAME: USA v. Sinovel Wind Group Co., Ltd.
PROCEEDING: Final Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: Tim O'Shea, Brian Levine, Darren Halverson
DEFENDANT ATTY.: Jeffrey Tsai, Michael Agoglia, Alex Akerman

DEFENDANT PRESENT:  ☐ YES   ☒ NO   ☐ EXCUSED BY COURT

The court revisited introductory and post trial jury instructions

Motion in Limine, dkt. 365, is granted

TOTAL COURT TIME: 2 hrs.