# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 1/8/2018   DAY: Monday   START TIME: 8:40 AM   TOTAL HOURS: 6:50

JUDGE/MAG.: J. Peterson   CLERK: K. Frederickson   REPORTER: Dobbratz/Swenson

PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐   NO ☐

CASE NUMBER: 13-cr-84-jdp   CASE NAME: USA v. Sinovel Wind Group Co., Ltd.

**APPEARANCES:**

PLAINTIFF(S): Tim O'Shea, Brian Levine, Darren Halverson

DEFENDANT(S): Jeffrey Tsai, Michael Agoglia, Alex Akerman, Dinah Ortiz

PROCEEDINGS: Jury Selection and Trial

**PLAINTIFF(S) WITNESS**
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**DEFENDANT(S) WITNESS**
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. ___   GRANTED ☐   DENIED ☐   U/A ☐
2. ___   GRANTED ☐   DENIED ☐   U/A ☐
3. ___   GRANTED ☐   DENIED ☐   U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. ___   GRANTED ☐   DENIED ☐   U/A ☐
2. ___   GRANTED ☐   DENIED ☐   U/A ☐
3. ___   GRANTED ☐   DENIED ☐   U/A ☐

1ST BREAK: 8:52 AM   RESUME: 9:22 AM   2ND BREAK: 11:25 AM   RESUME: 11:45 AM
3RD BREAK: 1:32 PM   RESUME: 2:40 PM   4TH BREAK: 4:45 PM   RESUME: 4:57 PM
ADJOURNMENT: 5:40 PM