# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 1/9/2018  DAY: Tuesday  START TIME: 9:00 AM  TOTAL HOURS: 7:13
JUDGE/MAG.: J. Peterson  CLERK: K. Frederickson  REPORTER: Dobbratz/Swenson
PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐
CASE NUMBER: 13-cr-84-jdp  CASE NAME: USA v. Sinovel Wind Group Co., Ltd.

**APPEARANCES:**
PLAINTIFF(S): Tim O'Shea, Brian Levine, Darren Halverson
DEFENDANT(S): Jeffrey Tsai, Michael Agoglia, Alex Akerman, Dinah Ortiz

PROCEEDINGS: Second Day of Jury Trial

**PLAINTIFF(S) WITNESS**
1. Horst Simon (w/ German interpreter)
2. Michael Meixner (w/ German interpreter to confer)
3. Lukas Reiter (w/ German interpreter to confer)
4. Elizabeth Zwicky
5. Sarah Rodriguez
6. Reinhold Jank (w/ German interpreter)
7. Tracy Ingle
8. Uwe Sailer (w/ German interpreter)
9. Robert Andrews
10.

**DEFENDANT(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 10:55 AM  RESUME: 11:17 AM  2ND BREAK: 12:15 PM  RESUME: 1:32 PM
3RD BREAK: 3:17 PM  RESUME: 3:35 PM  4TH BREAK: 5:30 PM  RESUME: 5:40 PM
ADJOURNMENT: 6:20 PM