# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 1/10/2018   DAY: Wednesday   START TIME: 8:46 AM   TOTAL HOURS: 7:33
JUDGE/MAG.: J. Peterson   CLERK: K. Frederickson   REPORTER: Dobbratz/Swenson
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐  NO ☐
CASE NUMBER: 13-cr-84-jdp   CASE NAME: USA v. Sinovel Wind Group Co., Ltd.

**APPEARANCES:**
PLAINTIFF(S): Tim O'Shea, Brian Levine, Darren Halverson
DEFENDANT(S): Jeffrey Tsai, Michael Agoglia, Alex Akerman, Dinah Ortiz

PROCEEDINGS: Third Day of Jury Trial

**PLAINTIFF(S) WITNESS**
1. Matthew Peterson

**DEFENDANT(S) WITNESS**

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**

**DEFENDANT(S) DISPOSITIVE MOTION(S)**

1ST BREAK: 10:51 AM   RESUME: 11:08 AM   2ND BREAK: 12:45 PM   RESUME: 1:34 PM
3RD BREAK: 3:31 PM   RESUME: 3:43 PM   4TH BREAK: ___   RESUME: ___
ADJOURNMENT: 5:37 PM