# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 1/11/2018   DAY: Wednesday   START TIME: 8:42 AM   TOTAL HOURS: 7:15

JUDGE/MAG.: J. Peterson   CLERK: K. Frederickson   REPORTER: Dobbratz/Swenson

PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐   NO ☐

CASE NUMBER: 13-cr-84-jdp   CASE NAME: USA v. Sinovel Wind Group Co., Ltd.

**APPEARANCES:**
PLAINTIFF(S): Tim O'Shea, Brian Levine, Darren Halverson

DEFENDANT(S): Jeffrey Tsai, Michael Agoglia, Alex Akerman, Dinah Ortiz

**PROCEEDINGS:** Fourth Day of Jury Trial

### PLAINTIFF(S) WITNESS
1. Matthew Peterson (cont'd)
2. Vahan Gevorgian
3. Shen Chong
4. Elizabeth Moser
5. Sandra Gattringer (w/ German interpreter)

### DEFENDANT(S) WITNESS

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1ST BREAK: 8:50 AM   RESUME: 9:01 AM   2ND BREAK: 10:43 AM   RESUME: 11:02 AM
3RD BREAK: 12:15 PM   RESUME: 1:16 PM   4TH BREAK: 3:53 PM   RESUME: 4:00 PM
ADJOURNMENT: 5:35 PM