# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 1/17/2018  DAY: Wednesday  START TIME: 8:44 AM  TOTAL HOURS: 7:39

JUDGE/MAG.: J. Peterson  CLERK: K. Frederickson  REPORTER: Swenson/Seeman

PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐

CASE NUMBER: 13-cr-84-jdp  CASE NAME: USA v. Sinovel Wind Group Co., Ltd.

**APPEARANCES:**

PLAINTIFF(S): Tim O'Shea, Brian Levine, Darren Halverson

DEFENDANT(S): Jeffrey Tsai, Michael Agoglia, Alex Akerman, Dinah Ortiz

PROCEEDINGS: Seventh Day of Jury Trial

### PLAINTIFF(S) WITNESS
1. Jim Buerosse (cont'd)
2. Susan DiCecco
3. Angelika Kuchinka (w/ German interpreter)
4. David Henry

### DEFENDANT(S) WITNESS

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1ST BREAK: 10:55 AM  RESUME: 11:06 AM  2ND BREAK: 12:33 PM  RESUME: 1:35 PM
3RD BREAK: 4:12 PM  RESUME: 4:26 PM  4TH BREAK: _____  RESUME: _____
ADJOURNMENT: 5:50 PM