# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 1/23/2018    DAY: Tuesday    START TIME: 8:38 AM    TOTAL HOURS: 7:19

JUDGE/MAG.: J. Peterson    CLERK: K. Frederickson    REPORTER: Dobbratz/Seeman

PROBATION OFFICER: _____    INTERPRETER: _____    SWORN: YES ☐  NO ☐

CASE NUMBER: 13-cr-84-jdp    CASE NAME: USA v. Sinovel Wind Group Co., Ltd.

**APPEARANCES:**

PLAINTIFF(S): Tim O'Shea, Brian Levine, Darren Halverson

DEFENDANT(S): Jeffrey Tsai, Michael Agoglia, Alex Akerman, Dinah Ortiz

**PROCEEDINGS:** 11th Day of Jury Trial
Closing arguments

**PLAINTIFF(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 11:13 AM    RESUME: 11:24 AM    2ND BREAK: 12:08 PM    RESUME: 1:35 PM
3RD BREAK: 2:41 PM    RESUME: 2:56 PM    4TH BREAK: 4:55 PM    RESUME: 5:10 PM
ADJOURNMENT: 6:05 PM