

# U.S. Department of Justice

***Scott C. Blader***
***United States Attorney***
***Western District of Wisconsin***

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

January 29, 2018

Jeffrey Tsai, Esq.
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105

      Re:    *United States v. Sinovel Wind Group Co., Ltd., et al.*
            Case No.: 13-cr-00084-jdp

Dear Mr. Tsai:

    You mentioned in passing on Wednesday that Sinovel was considering adding or substituting attorneys for sentencing. Sinovel is entitled to counsel of its choice, but I want to make sure that you—and any additional attorneys—know that the United States will vigorously oppose any sentencing continuances to allow new counsel to learn the case.

    Second, as you know, the United States has a statutory obligation to pursue restitution for American Superconductor. See Title 18, United States Code, Section 3663A and 3771(a)(7). The United States is exploring all avenues to collect restitution. It is in Sinovel's best interest to make a substantial effort toward restitution before sentencing.

                             Very truly yours,

                             SCOTT C. BLADER
                             United States Attorney

                             By:      /s/

                             TIMOTHY M. O'SHEA
                             Assistant United States Attorney