

800 BOYLSTON STREET  617 267 2300 TEL
SUITE 2500  617 267 8288 FAX
BOSTON MA  02199  ROBINSKAPLAN.COM

ANTHONY A. FROIO
617 859 2718 TEL
AFROIO@ROBINSKAPLAN.COM

VIA ECF

July 4, 2018

Hon. James D. Peterson
United States District Judge
United States District Court
Western District of Wisconsin
120 North Henry Street, Suite 320
Madison, WI  53703

    Re:   United States of America vs. Sinovel Wind Group Co., LTD. et al.,
             Case No. 3-13-cr-00084-jdp

Dear Judge Peterson:

    This office is counsel to American Superconductor Corporation ("AMSC"), victim in the above-referred matter.

    As Your Honor is aware, AMSC and Defendant, Sinovel Wind Group Co., LTD. ("Sinovel"), have entered into a Settlement Agreement for an agreed upon restitution amount of Fifty Seven Million Five Hundred Thousand Dollars ($57,500,000) with respect to the above-referenced matter.

    In accordance with terms of the Settlement Agreement by and between the parties, AMSC advises Your Honor that:

1. AMSC China has received payment in the amount of Thirty Two Million Five Hundred Thousand Dollars (32,500,000) in accordance with Clause 4.1a of the Settlement Agreement; and

2. The Parties have agreed that upon Sinovel's full payment of the amount specified in Clause 4.1a and Clause 4.1b of the Agreement, the restitution amount will be paid in full.

July 4, 2018
Page 2

Thank you for your attention to this matter.

Very truly yours,

*/s/ Anthony A. Froio*

Anthony A. Froio

cc. Timothy Q. O'Shea, Esq. Department of Justice (via email)
Richard A. Williams, Sr. (via email)

35784388.1