
GOVERNMENT EXHIBIT S-5

## Alternative loss calculations

Market loss plus Massachusetts turbine owner's losses

$1,063,945,962 (market value loss) + $12,411,541 (Scituate and Fairhaven) + $77,879 (Charlestown) = **$1,076,435,382**

Cumulative losses for: lost IP revenue (6 years), breach, attorney fees responding to Sinovel subpoenas and demands, and Massachusetts turbine owner's losses

$445,170,000 (lost IP revenue) + $537,900,000 (breach and attorney fees) + $12,411,541 (Scituate and Fairhaven) + $ 77,879 (Charlestown) = **$995,559,420**

Cumulative losses for: lost gross margin revenue (6 years), breach, attorney fees responding to Sinovel subpoenas and demands, and Massachusetts turbine owner's losses

$890,346,000 (lost gross margin revenue) + $537,900,000 (breach and attorney fees) + $12,411,541 (Scituate and Fairhaven) + $ 77,879 (Charlestown) = **$1,440,735,420**