# United States District Court

Western District of Wisconsin

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:**    0758 3:13CR00084-001 |
| Sinovel Wind Group Company, Limited | **Defendant's Attorney:**    Michael Agoglia |

The defendant organization, Sinovel Wind Group Company Limited, was found guilty on Counts 1 through 3 of the superseding indictment.

The defendant organization has been advised of its right to appeal.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Steal Trade Secrets and Copyright Infringement (felony) | December 20, 2012 | 1 |
| 18 U.S.C. § 1832(a)(2) | | | |
| 17 U.S.C. § 506(a)(1)(A) | | | |
| 18 U.S.C. § 2319 | | | |
| 18 U.S.C. § 1832(a)(2) | Theft of Trade Secrets and Copyright Infringement (felony) | | 2 |
| 18 U.S.C. § 1343 and 2 | Wire Fraud (felony) | | 3 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| **Federal Employer ID Number:** | Not applicable | July 6, 2018 |
| **Year of Incorporation:** | 2006 | Date of Imposition of Judgment |
| | | /s James D. Peterson |
| **Defendant Organization Mailing Address:** | Culture Building, 7th and 19th Floors No. 59 Zhongguancun Street Haidian District Beijing, China 100872 | James D. Peterson District Judge |
| | | July 10, 2018 |
| | | Date Signed: |

# IMPRISONMENT

Not imposed.

# PROBATION

The defendant is placed on probation for a period of one year.   The conditions of this probation are as follows:

1) The defendant must abide by the financial agreement as entered with the Massachusetts turbine operators (Gordon Deane, Sumul Shah and their companies).

2) The defendant must abide by the financial agreement as entered with AMSC.

ACKNOWLEDGMENT OF CONDITIONS

I have read or have had read to me the conditions of supervision set forth in this judgment, and I fully understand them. I have been provided a copy of them.   I understand that upon finding a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____     _____
Defendant                                         Date

_____     _____
U.S. Probation Officer                            Date

## CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $400.00 | $500,000.00 | |
| 2 | $400.00 | $500,000.00 | |
| 3 | $400.00 | $500,000.00 | |
| **All Counts** | | | $58,350,000.00 |
| **Total** | $1,200.00 | $1,500,000.00 | $58,350,000.00 |

As to Counts 1 to 3 of the indictment, it is adjudged that the defendant/Sinovel Wind Group Co., Ltd., is sentenced to a fine of $500,000 per count, ($1,500,000 total) to be paid within 30 days of this judgement.

## RESTITUTION

The defendant is to pay mandatory restitution directly to the victims according to the terms of the agreements with the victims as follows:

$ 57,500,000 to AMSC  
$      850,000 to Massachusetts wind turbine operators

$ 58,350,000   TOTAL

# SCHEDULE OF PAYMENTS

Please see above.